

# THE THIRTEENTH COURT OF APPEALS

---

13-12-00478-CV

---

PARKDALE SHOPPING CENTER
v.
DOLGENCORP OF TEXAS, INC.

---

On Appeal from the
County Court at Law No. 2 of Nueces County, Texas
Trial Cause No. 09-61455-2

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the trial court's judgment should be set aside without regards to the merits and the cause remanded to the trial court for rendition of judgment in accordance with the agreements. The Court orders the judgment SET ASIDE and the case is REMANDED.  Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

November 14, 2013